1 Mark D. Rutter (SBN 058194)
CARPENTER, ROTHANS & DUMONT
2 888 S. Figueroa St., Suite 1960
Los Angeles, California 90017
3
Telephone: (213) 228-0400
4 Facsimile: (213) 228-0401

5 Attorneys for defendants Defendants, City of Hawthorne, Hawthorne Police Department, Stephen R. Port, and Kenneth Swain

FILED
CLERK, U S DISTRICT COURT
SEP -1 2006
DISTRICT OF CALIFORNIA
DEPUTY

Priority ☒
Send ☒
Enter
Closed
JS-5/JS-6 ☒
JS-2/JS-3
Scan Only

LODGED
2006 AUG 30 PM 2:27

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL SAULMON,

    Plaintiff,

vs.

CITY OF HAWTHORNE, public entity; HAWTHORNE POLICE DEPARTMENT, a public entity; STEPHEN PORT, an individual; OFFICER SWAIN (#50241); and DOES 1 through 10,

    Defendants.

CASE NO. CV06-1639 SJO (FMOx)

STIPULATION FOR RELIEF FROM FINAL JUDGMENT AND ORDER THEREON [F.R.C.P. 60(b)]

DOCKETED ON CM
SEP 1 2006
BY

Plaintiff Daniel Saulmon and defendants City of Hawthorne, Hawthorne Police Department, Stephen R. Port, by and through their attorneys of records stipulate that the judgment entered in this matter following filing of defendants' offer of judgment and plaintiff's acceptance of offer has been satisfied in full and

\\\ \\\
\\\ \\\
\\\ \\\
\\\ \\\
\\\ \\\

1

that, pursuant to Fed.R.Civ.P. Rule 60 (b), defendants are relieved from such judgment due to satisfaction of such judgment.

Dated: August 28, 2006
ROBERT MANN
DONALD COOK

BY: _____
DONALD W. COOK
Attorneys for plaintiff Daniel Saulmon

Dated: August 29, 2006
CARPENTER, ROTHANS & DUMONT

BY: _____
MARK D. RUTTER
Attorneys for defendants,
City of Hawthorne, Hawthorne Police Department, Stephen R. Port, and Kenneth Swain

ORDER

Based upon the stipulation of the parties above, and good cause appearing, IT IS HEREBY ORDERED that defendants City of Hawthorne, Hawthorne Police Department, Stephen R. Port and Kenneth Swain are relieved from the judgment entered in favor of plaintiff Daniel Saulmon as against such defendants.

Dated: 8/31/06

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 S. Figueroa St., Suite 1960, Los Angeles, California 90017.

On August 29, 2006, I served the document(s) described as: **STIPULATION FOR RELIEF FROM FINAL JUDGMENT AND ORDER THERON [F.R.C.P. 60(b)]**, on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert Mann, Esq.
Donald W. Cook, Esq.
3435 Wilshire Boulevard, Suite 2900
Los Angeles, CA 90010

Cynthia Anderson-Barker, Esq.
3435 Wilshire Boulevard, Suite 2900
Los Angeles, CA 90010

( X ) **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee(s).

( ) **(BY FEDERAL EXPRESS)** I caused said envelope(s) to be sent by Federal Express [Priority Overnight] to the offices of the addressee(s).

( ) **(BY TELECOPIER)** In addition to the above service by mail, hand delivery or Federal Express, I caused said document(s) to be transmitted by telecopier to the addressee(s) whose telecopier transmission machine telephone number is listed above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

Executed on August 29, 2006, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**LINDA RAMIREZ**              *Linda Ramirez*
Name                                    Signature